IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TREMAYNE SCOGGINS,                                                                PLAINTIFF
REG. #22554-009

VS.                             CASE NO. 4:03CV00509 JMM

CITY OF LITTLE ROCK, et al.                                                    DEFENDANTS

Consolidated with:

TREMAYNE SCOGGINS,                                                                PLAINTIFF
REG. #22554-009

VS.                             CASE NO. 4:04CV01265 JMM

ERNEST HARRIS, et al.                                                          DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the motion to dismiss/summary judgment filed by defendants United States of America, Harris, and Ortega is hereby granted, and plaintiff's claims against them are dismissed with prejudice.

SO ADJUDGED this __20th__ day of __December__, 2005.

_____
UNITED STATES DISTRICT JUDGE